**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Carlos Saul PAZ–LAZO, Defendant–
Appellant.**

**No. 12–40859
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 20, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, H. Michael Sokolow, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before REAVLEY, DAVIS, and OWEN, Circuit Judges.

PER CURIAM: *

It is undisputed that the written judgment convicting Carlos Saul Paz–Lazo of unlawful presence in the United States incorrectly states that he previously was

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

deported following conviction for an aggravated felony. The parties disagree as to whether the proper remedy under 28 U.S.C. § 2106 is remand for the district court to enter a modified judgment or for this court itself to modify and affirm the judgment. "The best reading of [§ 2106] confers discretion either to reform the judgment or to remand for the district to do so." *United States v. Hermoso*, 484 Fed.Appx. 970, 973 (5th Cir.2012) (unpublished but persuasive). The judgment is AFFIRMED as modified to reflect Paz–Lazo's conviction under 8 U.S.C. § 1326(a) and (b)(1) as an alien unlawfully found in the United States after deportation, having previously been convicted of a felony.